# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: HAROLD E. FREY & CAROLYN A. FREY  
2156 LEONARD ROAD  
ROCKFORD, IL 61109  

Case Number: 04-75834  
SSN-xxx-xx-6692 & xxx-xx-9898

Case filed on: 11/23/2004  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,500.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | HAROLD E. FREY | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 1,312.37 | 288.94 | 288.94 | 0.00 |
| 002 | FIRST AVENUE AUTO | 69.56 | 69.56 | 69.56 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 1,975.00 | 483.45 | 483.45 | 503.65 |
| 021 | MIDWEST TITLE LOANS | 665.00 | 665.00 | 665.00 | 194.77 |
|  | Total Secured | 4,021.93 | 1,506.95 | 1,506.95 | 698.42 |
| 002 | FIRST AVENUE AUTO | 5,046.44 | 5,046.44 | 121.04 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FLORA REINGARLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 179.78 | 179.78 | 4.31 | 0.00 |
| 015 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TRUGREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UW HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AFNI/VERIZON | 874.18 | 874.18 | 20.96 | 0.00 |
| 019 | AFNI/VERIZON | 481.84 | 481.84 | 11.55 | 0.00 |
| 020 | VISITING NURSES ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MIDWEST TITLE LOANS | 196.54 | 196.54 | 4.71 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 15,488.18 | 15,488.18 | 371.46 | 0.00 |
| 023 | AFNI/VERIZON | 2,083.08 | 2,083.08 | 49.96 | 0.00 |
| 024 | COTTONWOOD FINANCIAL LTD | 996.13 | 996.13 | 23.89 | 0.00 |
|  | Total Unsecured | 25,346.17 | 25,346.17 | 607.88 | 0.00 |
|  | Grand Total: | 30,732.10 | 28,217.12 | 3,503.83 | 698.42 |

Total Paid Claimant:      $4,202.25  
Trustee Allowance:        $297.75  
Percent Paid Unsecured:   2.40

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008					By  /s/Heather M. Fagan